United States district court

USA

v

EDWARD WILLIAM WAHLER                    1:08cr 55

order of dismissal

after careful review of the facts and evidence in this matter, this case is <u>dismissed</u> <u>with prejudice.</u>

by the court

_echo willm_____ judge