By order of the court, the bond of Carl Horn is hereby arrested and he may hear no cases for 90 days

by the court

_____ Judge