in the united states district court
for the western district of north carolina
asheville division

RECEIVED ASHEVILLE, N.C. JUN 1 7 2008 Clerk, U. S. Dist. Court W. Dist of N. C.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) DOCKET NO. 1:08 CR 55 |
| | ) |
| v. | ) |
| | ) |
| 1) KATHY RAY WAHLER | ) |
| 2) EDWARD WILLIAM WAHLER | ) |
| 3) LEWIS VINCENT HUGHES | ) |
| 4) RICHARD WALSER TURNER | ) |
| | ) |

## order of dismissal
*by the court*

Following a thorough review of the facts and evidence of this matter, the court hereby orders the dismissal of this case – <u>with prejudice</u>.

so ordered this day

by the court

sixteen june, two zero zero eight        _____, judge
                                           edward-william: