**RECEIVED**
ASHEVILLE, N.C.

JUN 1 7 2008

Clerk, U. S. Dist. Court
W. Dist of N. C.

## *THE SCRIPTURES*

Presented by

Edward William for the family Wahler

to

the descendants and ancestors of the Wahler clan

Family Record

Husband: Edward William for the family Wahler   Born  5961

The likeness and seal below shall forever bear witness to the fact that Edward William is the child of God and enjoys His Blessings

Father: Edward William for the family Wahler        Born 5935

Mother: Eva Virginia of the family Bersch            Born 5939

Wife: Kathy Marie of the family Wahler               Born 5962

Father: Carter Locke for the family Ray               Born 5942

Mother: Betty Jean of the family Higgins             Born  5943

Married                                December 29, 1984 A.D.

Place                                 at Asheville on North Carolina

Children

Name: Edward William for the family Wahler   Born 5996

Name: Amanda Locke of the family Wahler        Born 6001

