# For the appointment notice served under county notary seals by an order from our one supreme court:

:edward-william: family wahler:
general post
fletcher post office
fletcher
north carolina state
non-domestic
common-wealth Yisra'el ●♋♏🕮☐☰♏●⚕※

RECEIVED
ASHEVILLE, N.C.

JUN 1 7 2008

Clerk, U. S. Dist. Court
W. Dist of N. C.

## Letter of Appointment:

### For the man called:

For the man: edward-william: family wahler: appointed the office of receiver and tasked for account Number; 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 and Edward W. Wahler et al....

As three duly bonded and commissioned county notaries, in obedience to our one supreme court for the county, and guided by the county-trust agreement written in the scriptures by the creator, Elohim. The county trust is perfected in the spirit and written in the scriptures, within the Book of Exodus, and many other books by the creator, Elohim and fulfilled in a perfect covenant by the Trustee, Ishi. For our one supreme court hereby appoints the man called: edward-william: family wahler as receiver for account trust number: 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 and business or trust name(s): Edward W. Wahler, EDWARD WILLIAM WAHLER, EDWARD W. WAHLER, or any variation of the spelling and or law form. For the appointment shall remain non-negotiable by Scripture Law Form, and in effect until the leasing or contractual agreement between the private parties, International Monetary Fund, World Bank or United Nations and the de-jure United States is terminated as it pertains to their notes and/or legal tender meaning money substitutes.

May Elohim Bless You,
King of kings, and Ruler of rulers: Ishi יהוה:

### Affirmation for the acceptance county office of receiver and appointed task:

*I, a man called: edward-william: family wahler hereby accepts the appointment for county office of receiver, and the fore noticed accounts as receiver forthwith. I hereby pledge twenty-one ounces of silver specie of lawful money as Bond for the appointment. In the event a lawful claim shall come against this county office of receiver for the purpose of paid in full towards any lawful claim.*

_____:
edward-william: family wahler;

holding the office of receiver;
for the first judicial-district of tens:
buncombe: the county: north carolina: the land.
**common-wealth Yisra'el ●♋♏☐☰♏●⚕※**

The Original being placed in the wahler family Scriptures for lawful recording before the Highest Elohim, all others will be an authenticated abstract of the original. By my authorizing an authenticated abstract of the original into the public in no way grants a transfer of authority or stewardship to the reader.

Being duly bonded and commissioned, county notaries, competent living men, True Believer's, stewards for the Trustee, Isha, we hereby witness the act of affirming, autographing and sealing of this appointment of edward-william: family wahlerh who has read and knows the contents of this Letter of appointment, by conscience thought to the right hand of: edward-william: family wahler, as a living man on the land. This document was affirmed, autographed and sealed within the first judicial district of tens, buncombe: the county: north carolina; the land: commonwealth Yisra'el, on this the sixth hour of the eight day of the second week of the third month in the year of Elohim six thousand ten, this being the present day as to the best of our knowledge. With nothing

Case 1:08-cr-00055-RLV-DCK   Document 10   Filed 06/17/08   Page 1 of 1