IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | ) | DOCKET NO. |
|---|---|---|
| | ) | |
| | ) | |
| v. | ) | ARRAIGNMENT ORDER |
| | ) | |
| _____ | ) | |

The Defendant has acknowledged receiving a copy of the Indictment, has stated an understanding of the pending charges against him/her, and has entered a plea of:

( )  NOT GUILTY and requested a jury trial;
( )  NOT GUILTY and waived his/her right to a jury trial;
( )  GUILTY.

Wherefore, the Defendant and defense counsel are hereby advised that:

1. This case will be calendared for the **Criminal Term** at the United States Courthouse, _____, N.C., which is now scheduled to begin _____. Defendant and counsel will be notified of the specific date, location and time to appear.

2. If Defendant wishes to change this plea, he/she must advise the Clerk of Court and the U.S. Attorney in writing.

3. If a jury is summoned for this trial only, and the Defendant changes the plea to guilty on the day of the trial, Defendant may be charged with the cost of the jury.

4. All pretrial motions must be in writing and must be filed within sixty (60) days from the date of this Arraignment Order, or the date on which counsel is appointed or makes a general appearance, whichever occurs last. Motions not timely filed will be summarily denied.

5. Motions for the issuance of subpoenas at government expense under Rule 17(b), F.R.Cr.P. must be filed no later than twelve (12) business days before the Term at which the case is scheduled to be tried.

6. In the event of a mistrial, any further pretrial motions must be filed within thirty (30) days of the declaration of the mistrial.

Date:

_____
CARL HORN
U.S. Magistrate Judge