**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CRIMINAL DOCKET NO. 1:08CR55-RLV**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **EDWARD WILLIAM WAHLER** | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of Defendant's Revised Motion to Continue this case from the 30 June 2008 criminal term in the Asheville Division.

On 23 June 2008, Defendant, Edward William Wahler, filed a motion to continue which was granted by the Court. Now the Defendant has filed a Revised Motion To Continue and request that this matter be set on the October 2008, calendar. However, this Court does not have a October 2008, criminal term in the Asheville or Statesville Division. Therefore, the Defendant's motion is moot in that this Court has already granted a continuance in this matter to its next criminal term in September 2008, and that this Court has no such term scheduled in October 2008.

**IT IS, THEREFORE, ORDERED** that Defendant's Revised Motion to Continue is hereby **DENIED.**

Signed: June 24, 2008

Richard L. Voorhees
United States District Judge