Our one supreme court
held on buncombe county, north carolina: the land: commonwealth Yisra'el:
a superior court of Law for the people, original jurisdiction under Almighty Yahweh
For the judicial-district: tens, fifties, hundreds, thousands;
exclusive jurisdiction for the original district court

TO NOTICE: U.S. District Court Western District of North Carolina
(Asheville): a private foreign corporation

| | |
|---|---|
| UNITED STATES OF AMERICA<br>FICTITIOUS FOREIGN CORPORATION | CASE # 1:08-cr-00055-RLV-DCK-2 |
| Vs | JUDGES: Richard Voorhees, David Keesler<br>Carl Horn. |
| Edward William Wahler, and/or<br>:edward william:<br>non-corporate entity | JUDICIAL NOTICE; IN THE NATURE<br>OF WRIT OF CORAM NON JUDICE<br>& A DEMAND FOR TERMINATION<br>OR STATE THE PROPER JURISDICTION |

### JUDICIAL NOTICE; IN THE NATURE OF WRIT OF ERROR CORAM NON JUDICE & A DEMAND FOR TERMINATION OR STATE THE PROPER JURISDICTION

**Notice:** The use of statutes and Court Cases decisions are for the simple use of identifying the admissions of the United States and the officers for the United States. There shall be no presumed or assumed implication that the steward or the county are claiming a right of use, a change of law form or a change of jurisdiction. These being limitations and restraints placed upon yourselves by your own admissions, a result of man's law being inferior to the Law established by the Creator.

Now comes :edward william: commonly called Edward William: one man from the clan Wahler a non corporate entity with a **JUDICIAL NOTICE; IN THE NATURE OF WRIT OF CORAM NON JUDICE & A DEMAND FOR TERMINATION OR STATE THE PROPER JURISDICTION. Pursuant to FRCP Rule 4 (j)**

This Court is defined under FRCP Rule 4 (j) as a FOREIGN STATE as defined under 28 USC 1602 -1611 FOREIGN SOVEREIGN IMMUNITY ACT (FSIA) is being jurisdictionally challenge and full disclosure of the true jurisdiction of this Court is now being demand.

Any failure to disclose the true jurisdiction is a violation of **15 Statutes at Large, Chapter 249 (section 1), enacted July 27 1868**

Chap. CCXLIX. ---An Act concerning the Rights of American Citizens in foreign States

Whereas the rights of expatriation is a nature and inherent right of all people, indispensable to the enjoyment of the rights of life, liberty, and the pursuit of happiness; and whereas in the recognition of this principle this government has freely received emigrants from all nations, and invested them with the right of citizenship; and whereas it is claimed that such American citizens, with their descendants, are subjects of foreign

states, owing allegiance to the government thereof; and whereas it is necessary to the maintenance of public peace that this claim of foreign allegiance should be promptly and finally disavowed; Thereof.

Be it enacted by the Senator and the House of Representatives of the United States of American in Congress assembled, That any declaration, instruction, opinion, order, or decision, of any officers of is government which denies., restricts, impairs or questions the rights of expatriation, is hereby declared inconsistent with the fundamental principles of this government.

As an America inhabitant on the land, I hold the inherent right of the 11th amendment of the constitution to the Bill of Rights as derived from Torah. The judicial power shall not be construed to extend to any suit in law or equity, commenced or prosecuted by a Foreign State. If this FOREIGN STATE is misusing the name of this America inhabitant on the land by placing it in all caps or misusing the last name or using the term "person" as a CORPORATION all complaints and suit against such CORPORATION fall under the FSIA and the DEPT OF STATE OFFICES in Washington DC. DC now has to be notify pursuant to 22 CFR 93.1 -93.2. A copy of the FSIA has to be filed with the complaint to the defendant's chief executive officer of that CORPORATION.

MUNICIPAL, COUNTY, OR STATE COURT lacks jurisdiction to hear any case under the FOREIGN STATE definitions. This jurisdiction lies with the district court under the FSIA Statutes pursuant to 28 USC 1330.

Because the alledged Defendant is a non corporate entity and is not registered with any Secretary of State as a CORPORATION, the Prosecution has **FAILED** to state a claim to which relief can be granted under 12(b) (6). Therefore this matter must be dismissed for lack of political, personam, subject matter jurisdiction, Venue and adhering to 11th amendment of the constitution to the Bill of Rights.

Definitions

**Corpus Juris Secundum** *"The Body of Law"* **or Legal encyclopedia, Volume 7, Section 4: as quoted:**
"Attorney & client: An Attorney's "first" duty is to the Courts (1st) and the public (2nd) and not to the client (3rd), and wherever the duties to an attorney's client "conflict" with those interests that he/she owes his allegiance to, as an officer of the court in the administration of justice, the former must yield to the latter". The Biggest problem today is that People do not know their own rights & blindly entrust their rights to someone else.
BLACK'S LAW DICTIONARY FIFTH EDITION

**Foreign Court**
The courts of a foreign state or nation. In the United States, this term is frequently applied to the courts of one of the states when their judgment or records are introduced in the courts of another.

**Foreign jurisdiction**
Any jurisdiction foreign to that of the forum; e.g. a sister state or another country. Also the exercise by a state or nation jurisdiction beyond its own territory. Long - arm
Service of process is a form of such foreign or extraterritorial jurisdiction

**Foreign laws**
The laws of a foreign country, or of a sister state. In conflict of law, the legal principle of jurisprudence which are part of the law of a sister state or nation. Foreign laws are additions to our own laws, and in that respect are called "jus receptum"

**Foreign corporation**
A corporation doing business in one state though chartered or incorporated in another state is a foreign corporation as to the first state, and, as such, is required to consent to certain conditions and restriction in order to do business in such first state. Under federal tax laws, a foreign corporation is one which is not organized under the law of one of the states or territories of the United States. I.R.C. § 7701 (a) (5). Service of process on foreign corporation is governed by the Fed. R. Civ. P. 4 See also Corporation

**TITLE 26 - INTERNAL REVENUE CODE**, Subtitle F - Procedure and Administration ,CHAPTER 79 – DEFINITIONS Sec. 7701. Definitions (5) Foreign The term "foreign" when applied to a corporation or partnership means a corporation or partnership which is not domestic."

**Foreign service of process**
Service of process for the acquisition of jurisdiction by a court in the United States upon a person in a foreign country is prescribed by Fed.R. Civ. P. 4 (i) and 28 U.S.C.A. § 1608. Service of process on foreign corporation is governed by Fed. R. Civ. P. 4(d) (3)

**Foreign states**
Nations which are outside the United States. Term may also refer to another state; i.e. a sister state.

**Foreign immunity**
With respect to jurisdiction immunity of foreign nation, see 28 U.S.C.A 1602 et seq.

**Profiteering**
Taking advantage of unusual or exceptional circumstance to make excessive profit; e.g. selling of scarce or essential goods at inflated price during time of emergency or war.

**Person**
In general usage, a human being (i.e. nature person) thought by statute term may include a firm, labor organizations, partnerships, associations, corporations, ,legal representative, trustees, trustees in bankruptcy ,or receivers. National Labor Relations act, §2(1).
A corporation is a" person" within meaning of equal protection and due process provisions of United States Constitution.

**Writ of coram non judice**
In presence of a person not a judge. When a suit is brought and determined in a court which has no jurisdiction in the matter, then it is said to be coram non judice, and the judgment is void.

At common law in England, it issued from the Court of Kings Bench to a judgment of that Court. Its principal aim is to afford the Court in which an action was tried and opportunity to correct it own record with reference to a vital fact not known when the judgment was rendered. It is also said that at common law It lay to correct purely ministerial errors of the officers of the Court

Great seal        _edward-william_ pp    [LS]

:edward william:

postmaster

general post office

buncombe the county

north carolina the land

commonwealth Yisra'el

# PROOF OF SERVICE

Now comes :edward william: with a **JUDICIAL NOTICE; IN THE NATURE OF WRIT OF CORAM NON JUDICE & A DEMAND FOR TERMINATION OR STATE THE PROPER JURISDICTION.** To be placed before the Clerk of Court of the private foreign corporation: U.S. District Court Western District of North Carolina (Asheville) and this day of first and month of August in the year of our Lord 2008 AD as per the foreign Roman Julian Calendar.

*edward-william* [LS]

CC

CHIEF JUSTICE, Karen Williams, Fourth District/Circuit United States
4th circuit U.S. courthouse
1100 East Main street; suite 501
Richmond, VA. 23219

Clerk of Court for the U.S. District Court Western District of North Carolina (Asheville)
309 US courthouse bldg. #100 Otis street
Asheville, NC 28801

Richard Voorhees, acting as a judge, foreign corporate officer
David Kessler, acting as a judge, foreign corporate officer
Carl Horn III, acting as a judge, foreign corporate officer
401 W. Trade, Charlotte, NC 28802

Condoleezza Rice
U.S. Department of State
2201 C Street NW
Washington, DC 20520

Craig D. Randall, BAR Attorney
U.S. Attorneys Office, foreign corporation
227 W. Trade St., Charlotte, NC 28202

Stephen A. Edson,
Director of the Office of Special Consular Services
Bureau of Consular Affairs
U.S. Department of State
2201 C Street NW
Washington, D.C., 20520
exclusively, pursuant to 22 CFR § 93.1 and 93.2.

Jill Westmoreland Rose,
U.S. Attorney, foreign corporation
100 Otis Street, Asheville, NC 28801

**All have now been noticed and now being own their own private liability for any and all actions, or lack thereof. Any act of one officer shall be as all have acted according.**