IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
AHSEVILLE DIVISION
CRIMINAL DOCKET NO.: 1:08CR55-V

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| EDWARD WAHLER, | ) | |
|         Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's "Notice and Demand: Writ of Error Coram Nobis Demand For Dismissal for Lack of Jurisdiction," filed July 28, 2008 (Document #30), and the Government's Response In Opposition, filed July 28, 2008 (Document #32).[1]

For the reasons stated within the Government's response, the Court <u>denies</u> Defendant's motion to dismiss.

**IT IS, THEREFORE, ORDERED THAT:**

1) Defendant's Motion To Dismiss Indictment is hereby **DENIED**;

2) Stand-by counsel shall screen Defendant's proposed *pro se* filings by discussing each proposed filing with the Defendant and certifying in writing that the same has occurred <u>prior to actual filing</u>;

3) Unless accompanied by a certification from stand-by counsel as described herein, the Clerk of Court may receive, but not file, proposed *pro se* filings submitted by Defendant; and

4) The Government is excused from compliance with L.Cr.R. 47.1(D) and, therefore, is not required to respond to Defendant's *pro se* filings unless expressly directed to do so by the Court.

Signed: August 11, 2008

Richard L. Voorhees
United States District Judge

---

[1] Defendant has filed multiple motions, many of which are substantially similar to the instant motion to dismiss. (*See* Documents ##33-35)