```
Edward Wahler
dba EDWARD WAHLER,
In Care of Postal Department
681
Buncombe: the county
fletcher North Carolina:
on the land 28732
In Propria Persona (not Pro Se)
Assisted by Public Defender
```



**FILED CHARLOTTE, NC**
**AUG 15 2008**
**U.S. DISTRICT COURT WESTERN DISTRICT OF NC**

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>Vs.<br><br>EDWARD WAHLER,<br>EDWARD WILLIAM WAHLER,<br>LEWIS VINCENT HUGHES,<br>RICHARD WALSER TURNER,<br><br>　　Defendant. | Case No.: **1:08-CR-00055-RLV-DCK-2**<br><br>**Request for Copy of PINS NLETS Database** |

Now comes Edward Wahler dba EDWARD WAHLER (Defendant) and respectfully requests that this Court issue an order to produce and turnover a copy of the NCS PINS (North Carolina State Police Information Network) or its equivalent and NLETS (National Law Enforcement Telecommunication System) database on the party known as EDWARD WAHLER so a review of said data can be used to ascertain whether erroneous data was entered on defendant before arrest, during arrest, or subsequent to arrest and incarceration

| | |
|---|---|
| 1 | that may show prejudice to the man known as Edward Wahler or to |
| 2 | Defendant, EDWARD WAHLER. |
| 3 | Respectfully submitted this fifteen day of August 2008. |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | _____  *edward-wahler*  PP |
| 9 | Edward-Wahler, dba EDWARD WAHLER |

[Seal: "Wahler. The Great Seal for Edward Wahler. for the family Wahler." AEQ 5961]

**CERTIFICATE OF SERVICE**

COPY of the forgoing hand delivered,
This fifteen day of August, 2008, to:
U. S. Assistant Attorney D. Craig Randall
22 west trade street
Charlotte, North Carolina 28202

---

Service performed by:
James macalpine

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>Vs. )<br>EDWARD WAHLER, )<br>EDWARD WILLIAM WAHLER, )<br>LEWIS VINCENT HUGHES, )<br>RICHARD WALSER TURNER, )<br>    Defendant. ) | Case No.: 1:08-CR-00055-RLV-DCK-2<br><br>**Request for Copy of PINS NLETS Database** |

The Court having read and considered defendant's Request for Copy of PINS NLETS Database and being fully advised in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED that said all data held within said database(s) are to be copied and released to defendant within 10 days for defendant review.

DONE IN OPEN COURT this _____, 2006.

_____
Judge