AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

WESTERN DISTRICT OF NORTH CAROLINA

FILED
ASHEVILLE, N.C.
AUG 25 2008
U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES OF AMERICA
v.

KATHY RAY WAHLER, ET. AL.

**WARRANT FOR ARREST**

CASE NUMBER: 1:08 CR 55-2

RECEIVED JUN - 5 2008
United States Marshals Service
Western North Carolina

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>(2) EDWARD WILLIAM WAHLER</u>
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice

[ ] Probation Violation Petition

charging him or her with   brief description of offense   conspiracy to commit offense or to defraud United States, mail fraud, bank fraud, aid and abet.

in violation of Title __18__ United States Code, Section(s) __2, 371, 1341, 1344__

FRANK G. JOHNS
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

6/5/08   ASHEVILLE, NC
Date and Location

Bail fixed at $ __DETAIN__ by _____
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant. |||
| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 06/16/2008 | Cody Muse, TFA/FBI | _[signature]_ Joe Musa, CTPCM |