Edward Wahler (purported defendant)
In Care of Postal Department 681
Buncombe: the county
Fletcher: North Carolina:
on the land [28732]
In Propria Persona (not Pro Se)
Without counsel

FILED
ASHEVILLE, N.C.
OCT 17 2008
U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br>　　vs.<br>KATHY RAY WAHLER,<br>EDWARD WILLIAM WAHLER,<br>LEWIS VINCENT HUGHES,<br>RICHARD WALSER TURNER,<br>　　Defendant. | Case No.: 1:08-CR-00055-RLV-DCK-2<br><br>DEMAND FOR DISCOVERY |

Now comes Edward Wahler (purported defendant) dba EDWARD WILLIAM WAHLER (Defendant) and respectfully demands that this court order plaintiff to produce all discovery materials, Jenks materials, in the nature of FRCrimP Rule 16 and 18 USC 3500 for the purpose of review of the nature and cause of the charges alleged in line with defendant's right to due process and for purposes of appeal.

Respectfully submitted this 17 day of October 2008.

*Virginia Wahler signing as P.O.A. for:*

___Edward Wahler___
Edward Wahler (purported defendant)

**CERTIFICATE OF SERVICE**

COPY of the forgoing hand delivered,
This 12 day of October, 2008, to:

Assistant U.S. Attorney
Will Westmorland Rose
Ashville, North Carolina _____

_____


Service performed by:
Lindsey Howell