1  Edward Wahler (purported defendant)
2  In Care of Postal Department 681
3  Buncombe: the county
4  Fletcher: North Carolina:
5  on the land 28732
6  In Propria Persona (not Pro Se)
7  Without counsel
8

FILED
ASHEVILLE, N.C.
OCT 17 2008
U.S. DISTRICT COURT
W. DIST. OF N.C.

9           IN THE UNITED STATES DISTRICT COURT

10       FOR THE WESTERN DISTRICT OF NORTH CAROLINA

11                   ASHEVILLE DIVISION

12

| UNITED STATES OF AMERICA, | ) | Case No.: 1:08-CR-00055-RLV-DCK-2 |
| Plaintiff, | ) | |
| vs. | ) | **NOTICE OF DEMAND FOR FINDINGS** |
| KATHY RAY WAHLER, | ) | **OF FACT AND CONCLUSIONS OF LAW** |
| EDWARD WILLIAM WAHLER, | ) | **ON ALL JUDICIAL DETERMINATIONS** |
| LEWIS VINCENT HUGHES, | ) | |
| RICHARD WALSER TURNER, | ) | |
| Defendant. | ) | |
| | ) | |

13
14  Now comes Edward Wahler (purported defendant) dba EDWARD WILLIAM WAHLER

15  (Defendant) and respectfully notices this court and judge that the alleged defendant reminds the

16  court and judge that all judicial determinations require inclusion of findings of fact and

17  conclusions of law in writing provided to alleged defendant for appellate purposes and due

18  process requirements.

19
20  Respectfully submitted this 17 day of October 2008.
21
22  Virginia Wahler signing as P.O.A. for:
23
24
25  _Edward Wahler_
26  Edward Wahler (purported defendant)

Case 1:08-cr-00055-RLV-DCK   Document 59   Filed 10/17/08   Page 1 of 2

1

2 **CERTIFICATE OF SERVICE**

3

4 COPY of the forgoing hand delivered,
5 This _17_ day of _October_, 2008, to:
6
7 Assistant U.S. Attorney
8 _Jill Westmorland Rose_
9 _Asheville_, North Carolina _____

10
11 _____
12
13
14 Service performed by:
15 _Lindsey Howell_
16 _____
17 _____
18 _____