```
 1  Edward Wahler (purported defendant)
 2  In Care of Postal Department 681
 3  Buncombe: the county
 4  Fletcher: North Carolina:
 5  on the land 28732
 6  In Propria Persona (not Pro Se)
 7  Without counsel
 8
 9              IN THE UNITED STATES DISTRICT COURT
10            FOR THE WESTERN DISTRICT OF NORTH CAROLINA
11                        ASHEVILLE DIVISION
12
```

ASHEVILLE, N.C. FILED OCT 17 2008 U.S. DISTRICT COURT W. DIST. OF N.C.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br>　　　vs.<br>KATHY RAY WAHLER,<br>EDWARD WILLIAM WAHLER,<br>LEWIS VINCENT HUGHES,<br>RICHARD WALSER TURNER,<br>　　　Defendant. | ) Case No.: 1:08-CR-00055-RLV-DCK-2<br>)<br>)<br>) **NOTICE OF WAIVER OF BENEFITS**<br>)<br>)<br>)<br>)<br>) |

Now comes Edward Wahler (purported defendant) dba EDWARD WILLIAM WAHLER (Defendant) and respectfully notices this court that alleged defendant hereby waives all benefits to incarceration, ankle bracelet(s), food, lodging, or other benefits provided by this court of any associated agent, agency, etc.

Respectfully submitted this *17* day of October 2008.

*Virginia Wahler signing as P.O.A. for:*

*Edward Wahler*
Edward Wahler (purported defendant)

081006 [Notice of Waiver of Benefits 081006]— Page 1 of 2

## CERTIFICATE OF SERVICE

COPY of the forgoing hand delivered,
This _17_ day of _October_, 2008, to:

Assistant U.S. Attorney
_Jill Westmoreland Rose_
_Ashville_, North Carolina _____

_____

Service performed by:
_Lindsay Hall_