```
 1  Edward Wahler
    dba EDWARD W. WAHLER,
 2  In Care of
    Postal Department 681
 3  Buncombe: the county
    Fletcher: North Carolina:
 4  on the land 28732
    In Propria Persona (not Pro Se)
 5
```

FILED
ASHEVILLE, N.C.
OCT 3 1 2008
U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br>　　vs.<br>KATHY RAY WAHLER,<br>EDWARD WILLIAM WAHLER,<br>LEWIS VINCENT HUGHES,<br>RICHARD WALSER TURNER,<br>　　Defendant. | Case No.: **1:08-CR-00055-RLV-DCK-2**<br><br>**AFFIDAVIT SUPPORTING MOTION<br>FOR ORDER SHORTENING TIME FOR<br>HEARING ON BAIL** |

State of North Carolina　　)
　　　　　　　　　　　　　)　　Subscribed, affirmed and sealed
Buncombe county　　　　　 )

　　Edward Wahler, by affirmation, upon oath deposes and says:

　　1. I am the purported defendant in the above-entitled action and make this Affidavit upon personal knowledge in support of the Motion to Shorten Time for Hearing for Bail.

　　2. This affidavit is filed herewith, on the grounds that irreparable harm will occur such that purported defendant will be unable to fulfill his duties in husbandry and will be rendered bankrupt and without means of support for himself or his family due to actions by this court and plaintiff, among others.

　　　　　　　　　　　RESPECTFULLY SUBMITTED this 31 October, 2008.

　　　　　　　　　　　　　　*Virginia Wahler signing as POA for*
　　　　　　　　　　　　　　*Edward Wahler*
　　　　　　　　　　　　　　Edward Wahler, purported defendant
　　　　　　　　　　　　　　Proceeding in propria persona

081026 -- [Affidavit Supporting Affidavit Supporting Motion for Order Shortening Time for Hearing on Bail for Bail],

Page 1 of 2

**CERTIFICATE OF SERVICE BY VERIFIED COURIER**

COPY of the forgoing delivered via verified courier this 31 day of October, 2008, to:

Jill Westmorland Rose
Assistant U.S. Attorney

Asheville, North Carolina

Person performing Service:

Name: Lindsey Howell
Address: 202 Lindseybrook Trail
City, State: Mauldin, South Carolina

081026 -- [Affidavit Supporting Affidavit Supporting Motion for Order Shortening Time for Hearing on Bail for Bail],

Page 2 of 2