Edward Wahler (purported defendant)
In Care of Postal Department 681
Buncombe: the county
Fletcher: North Carolina:
on the land 28732
In Propria Persona (not Pro Se)
Without counsel

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br>　　vs.<br>KATHY RAY WAHLER,<br>EDWARD WILLIAM WAHLER,<br>LEWIS VINCENT HUGHES,<br>RICHARD WALSER TURNER,<br>　　Defendant. | Case No.: 1:08-CR-00055-RLV-DCK-2<br><br>**PETITION FOR POST SETTLEMENT<br>AND CLOSUURE OF THE ACCOUNT<br>UNDER PUBLIC POLICY** |

## APPEARANCE

Now comes Edward Wahler (purported defendant) and respectfully notices this court and judge by entering an amended dilatory plea to execute settlement and closure of the account under Public Policy.

> **dilatory plea**: A plea that does not challenge the merits of a case but that seeks to delay or defeat the action on procedural grounds. "Dilatory pleas are those which do not answer the general right of the plaintiff, either by denial or in confession and avoidance, but assert matter tending to defeat the particular action by resisting the plaintiff's present right of recovery. They may be divided into two main classes: (1) Pleas to the jurisdiction and venue. (2) Pleas in abatement. A minor class, sometimes recognized, is pleas in suspension of the action." Benjamin J. Shipman, Handbook of Common-Law Pleading section 220, at 382 (Henry Winthrop Ballantine ed., 3d ed. 1923).

## NEGATIVE AVERMENT ADMISSIONS BY PLAINTIFF

I certify that it does not appear that plaintiff has identified purported defendant as the party being charged.

I certify that it does not appear that plaintiff has not admitted that named defendant EDWARD W. WAHLER is not the same party known the purported defendant.

I certify that it does not appear that plaintiff does not admit that a formal presentment in accord with UCC 3-501 in order to charge was not made by the plaintiff against the named defendant, EDWARD W. WAHLER.

I certify that it does not appear that the alleged presumption that the named defendant and the purported defendant have not been admitted by the plaintiff as not being different parties in commerce.

I certify that it does not appear that Title 27 CFR 72.11 does not state that the crimes alleged in this case are commercial.

It does not appear that The Parties do not admit that the crimes alleged are commercial.

It does not appear that The Parties do not admit that the crimes alleged cannot be resolved through commercial, admiralty or special maritime remedies such as 28 USC 2041 and FRCP Supplemental Rule C.

It does not appear that The Parties do not admit that the crimes alleged are settled by this pleading.

It does not appear that The Parties do not admit that the crimes alleged are settled by this pleading and cannot be resurrected by any faux paux or inadvertent error by either of The Parties in some procedural manner or caused therein by actions of judge in any form, or alleged assigned counsel by judge upon defendant, if any.

It does not appear that The Parties do not admit that the AUSA cannot testify in this case as he does not have personal knowledge of any facts alleged.

I certify that it does not appear that the plaintiff has not admitted that all statements made via negative averment have not been admitted as correct by plaintiff, petitioner and The Parties.

### CONDITIONAL ACCEPTANCE

Upon performance therein petitioner notices The Parties to return the credit of all capital and interest for return to the source, via whatever Forms, (1099OID, etc.), to the source, petitioner.

### SETTLEMENT AND CLOSURE

Petitioner petitions and moves this court for full settlement and closure of the account.

### ACCEPTANCE OF CHARGES

Petitioner accepts the charges for value and consideration in return for post-settlement and closure of account # 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 CUSIP and AUTOTRIS.

Petitioner accepts the charges for value and consideration. In return please use petitioner's exemption and principal for post-settlement and closure of case number 1:08-CR-00055-RLV-DCK-2 and CUSIP and AUTOTRIS account # 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 as this account is prepaid and exempt from levy.

### ADMITTED FACTS

Petitioner stipulates to the alleged facts but does not admit guilt.

I certify that it is deemed that all statements stated above are true and correct and apply to evidence in that case of UNITED STATES OF AMERICA vs. EDWARD W. WAHLER, case number 1:08-CR-00055-RLV-DCK-2.

I certify that it is deemed and construed and admitted that all statements listed herein are admitted by tacit procuration and shall be admitted as estoppel by record after 30 days without response or objection in that case known as UNITED STATES OF AMERICA vs. EDWARD W. WAHLER, case number 1:08-CR-00055-RLV-DCK-2.

Respectfully submitted this 5th day of December 2008.

*Virginia Wahler signing as P.O.A for*
*Edward Wahler*
Edward Wahler (purported defendant), Authorized Representative
Good as aval

081203 [Petition for Post Settlement and Closure 081203 (Ed)] - Page 4 of 5
Case 1:08-cr-00055-RLV-DCK   Document 73   Filed 12/08/08   Page 4 of 8

# CERTIFICATE OF SERVICE

COPY of the forgoing hand delivered,
This _8_ day of _December_, 2008, to:

Assistant U.S. Attorney
_Jill Westmoreland Rose_
_Asheville_, North Carolina

_By Jill_ _____

Service performed by:
_Lindsey Howell_
_202 Lindseybrook Trail_
_Mauldin, South Carolina_

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>KATHY RAY WAHLER,<br>EDWARD WILLIAM WAHLER,<br>LEWIS VINCENT HUGHES,<br>RICHARD WALSER TURNER,<br>    Defendant. | ) Case No.: 1:08-CR-00055-RLV-DCK-2<br>)<br>) **ORDER FOR POST SETTLEMENT AND**<br>) **CLOSUURE OF THE ACCOUNT UNDER**<br>) **PUBLIC POLICY**<br>)<br>)<br>)<br>) |

The Court having read and considered petitioner's PETITION FOR POST SETTLEMENT AND CLOSURE OF THE ACCOUNT UNDER PUBLIC POLICY and being fully advised in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED that the accounting in accordance with public policy shall reflect settlement and closure of the account; and

IT IS HEREBY ORDERED that defendant is hereby ordered released from any further liability.

               DONE IN OPEN COURT this _____, 2008.

                                              _____
                                              Judge

# RELEASE OF PERSONAL PROPERTY FROM ESCROW

Whereas EDWARD W. WAHLER, of PO Box 681 Fletcher NC, by a bond for the performance of U.S. Government Contract Number 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, became a surety for the complete and successful performance of said contract, and Whereas said surety has placed certain personal property in escrow in Account Number 1:08-CR-00055-RLV-DCK-2 on deposit at United States District Court of Western North Carolina Asheville Division (Name of Financial Institution) located at 100 Otis Street Asheville NC (Address of Financial Institution), and

Whereas I, Edward W. Wahler, being a duly authorized representative of the United States government as a warranted contracting officer, have determined that retention in escrow of the following property is no longer required to ensure further performance of the said Government contract or satisfaction of claims arising therefrom:

and

Whereas the surety remains liable to the United States Government for the continued performance of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases from escrow the property listed above, and directs the custodian of the aforementioned escrow account to deliver the listed property to the surety. If the listed property comprises the whole of the property placed in escrow in the aforementioned escrow account, the Government further directs the custodian to close the account and to return all property therein to the surety, along with any interest accruing which remains after the deduction of any fees lawfully owed to United States District Court of Western North Carolina Asheville Division (Name of Financial Institution)

[Date] 12/05/08

[Signature] Virginia Wahler—signing POA for Edward Wahler

Seal

AUTHORIZED FOR LOCAL REPRODUCTION

OPTIONAL FORM 91 (1-90)
Prescribed by GSA-FAR (48 CFR) 53.228(o)

# RELEASE OF LIEN ON REAL PROPERTY

Whereas _____, of _____, by a bond
             (Name)              (Place of Residence)
for the performance of U.S. Government Contract Number _____ ,
became a surety for the complete and successful performance of said contract, which bond inlcudes a lien upon certain real property further described hereafter, and

Whereas said surety established the said lien upon the following property




and recorded this pledge on _____
                        (Name of Land Records)
in the _____ of _____ ,
        (Locality)              (State)
and

Whereas, I, _____ , being a duly authorized representative of the United States Government as a warranted contracting officer, have determined that the lien is no longer required to ensure further performance of the said Government contract or satisfaction of claims arising therefrom, and

Whereas the surety remains liable to the United States Government for continued performance of the said Government contract and satisfaction of claims pertaining thereto.

Now, therefore, this agreement witnesseth that the Government hereby releases the aforementioned lien.



[Date]                              [Signature]
                                       Seal

AUTHORIZED FOR LOCAL REPRODUCTION

**OPTIONAL FORM 90** (REV. 1-90)
Prescribed by GSA-FAR (48 CFR) 53.228(n)