IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
NO: 1:08-CR-55-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| EDWARD WILLIAM WAHLER, ) | |
| ) | |
| Defendant. | |

**THIS MATTER IS BEFORE THE COURT** upon the *pro se* Defendant Edward W. Wahler's "Motion for Copy of Public Defender Agreement" filed on October 17, 2008. (Document Nos. 56). The Magistrate Judge will **deny** the motion for the following reasons:

In his own words, the Defendant requests an order directing the "Clerk of Court to produce and turnover a copy of the Public Defender Agreement, if any with the court and any and all court parties, officers, etc. for review in line with defendant's right to due process and for appeal." The Defendant's motion is unclear as to the identity or purpose of the document sought. The Court cannot discern the Defendant's intent or what document he is actually seeking. .

**IT IS, THEREFORE, ORDERED** that Defendant Edward Wahler's "Motion for Copy of Public Defender Agreement" (Document No. 56) is **DENIED without prejudice**.

**IT IS SO ORDERED**.

Signed: January 13, 2009

David C. Keesler
United States Magistrate Judge