# Inmate Log: Wahler, Edward William

11/10/2008 14:44:55   Started Booking Process (Edward William Wahler entered the Detention Facility).

01/28/2009 20:00:00   Inmate refused use of legal material on this date and time.   Officer Jones, Craig

01/25/2009 18:40:00   Inmate refused legal material on this date.   Officer Hunter, Richard

01/23/2009 06:10:00   Inmate did not use legal material on this date.   Officer Hunter, Richard

01/21/2009 23:30:00   I/M Wahler did not use legal laptop on this date.   Officer Lester, Les

01/18/2009 21:13:00   I/M Wahler slept through free time -- did not use legal laptop. EOR   Officer Lester, Les

01/16/2009 20:00:00   I/M Wahler refused use of legal laptop.   Officer Lester, Les

01/09/2009 19:22:00   I/M refused motion of discovery to use legal laptop.   Officer Gilliam, James

01/02/2009 18:30:00   I/m refused use of lap top.   Officer Woodard, Lee

12/28/2008 19:30:00   Inmate Wahler was given the opportunity to go to booking tonight to go over his motion of discovery. He declined.   Officer Bunker, Chris

12/17/2008 19:26:00   Inmate Whaler has told me that he does not wish to go to booking to review his motion of discovery this evening.   Officer Bunker, Chris

12/14/2008 23:00:00   Inmate Wahler decided to review his motion of discovery for the first time tonight. All items- 2 clear plastic tubs containing 1 sealed box each, 1 laptop bag containing a mouse, power cord and 1 laptop were signed out from the Captains office and were then taken to booking. Inmate Wahler was brought to booking and placed in the interview room at approximately 1940 hours. Inmate Wahler inventoried all items present and witnessed the tape being removed from the 2 boxes. Inmate Wahler was allowed access to said legal materials until 2250 hours, when he stated he was done for the night. All items were inventoried again, in inmate Wahlers presence and then returned to the captains office.   Officer McIntosh, Carmie

12/12/2008 19:10:00   I/M was offered the chance to go over his motion of discovery. I/M declined.   Officer Bunker, Chris

12/10/2008 18:15:00   The above date and time inmate Wahler was to go to booking to review a laptop for his federal case. He said he did not want to go. Officer advised the booking personal.        Officer Kuykendall, Gary

12/03/2008 21:00:00   I/M refused to come down to booking, to use legal materials.   Officer Rowland, Bryan

11/30/2008 20:00:00   Inmate refused to come to booking to use legal materials.   Officer Rowland, Bryan

11/30/2008 18:15:00   At 1815 I asked if inmate Wahler wanted to go over his discovery tonight. He stated that he didn`t want to.      Officer Bunker, Chris

11/26/2008 19:53:00   Refused access to his discovery materials. Said he would prefer to start on Sunday.       Lieutenant Petty, Michael