| | |
|---|---|
| 1 | Edward Wahler (purported defendant) |
| 2 | In Care of Postal Department 681 |
| 3 | Buncombe: the county |
| 4 | Fletcher: North Carolina: |
| 5 | on the land 28732 |
| 6 | In Propria Persona (not Pro Se) |
| 7 | Without counsel |



IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>KATHY RAY WAHLER,<br>EDWARD WILLIAM WAHLER,<br>LEWIS VINCENT HUGHES,<br>RICHARD WALSER TURNER,<br>    Defendant. | Case No.: 1:08-CR-00055-RLV-DCK-2<br><br>**OBJECTION TO PROCEEDINGS, NO RATIFICATION OF COMMENCEMENT, PETITION FOR WRIT OF HABEAS CORPUS, PETITION TO DISMISS WITH PREJUDICE** |

Virginia Wahler, living, breathing woman and mother of Edward William Wahler, hereinafter "Wahler", having standing to sue as a third party intervenor, comes before the court in the above numbered manner, by necessity, as my son, Edward William Wahler is incarcerated and unable to act for himself. On behalf of Wahler, objection is hereby made to the ongoing proceedings including but not limited to the incarceration of Wahler, on the grounds that no ratification of commencement has been provided pursuant to Rule 17, real party in interest. The fact that no real party in interest has provided said ratification of commencement, and heretofore Wahler, by mistake, did not realize that said ratification of commencement was a necessary element of the proceedings, brings standing to also issue a WRIT OF HABEAS CORPUS immediately and the court should ORDER the issuance of said writ forthwith. FURTHER, Wahler petitions the court to dismiss with prejudice the charges herein.

# AFFIDAVIT IN SUPPORT OF WRIT OF HABEAS CORPUS

Affiant herein, Edward Wahler, third party intervenor and real party in interest by right, makes the following affidavit in support of the issuance of the great Writ of Habeas Corpus in the interests of justice. Affiant herein states as follows:

1) Affiant herein has personal firsthand knowledge of the facts herein and is over the age of 21; and

2) Affiant herein is competent to testify and if called upon will so state that the following is true, correct, and complete, the truth, the whole truth and nothing but the truth, so help me God; and

3) Affiant believes that pursuant to the Federal Rules of Civil Procedure, Rule 17, that if Edward William Wahler had opportunity, that Wahler would without question object to the proceedings herein on the basis that no real party in interest has appeared, and further, that said real party in interest has produced a ratification of commencement as required upon said objection; and

4) Affiant believes that in the interest of justice, said ratification of commencement and/or the lack thereof is an integral part of the judicial proceedings, and that Edward William Wahler is being held without said ratification against his will and against the integrity of justice; and

5) Affiant believes said writ should issue immediately; and

FURTHER, Affiant saith not.

Viginia Wahler *signing as PoA for*
C/o: *Edward William Wahler*
_____, _____, America
Non Domestic without the US

**CERTIFICATE OF SERVICE**

COPY of the forgoing hand delivered,
This _15_ day of _February_, 2009, to:

Assistant U.S. Attorney
_[signature]_
_[Churchill]_, North Carolina _____

_____

Service performed by:
_[signature]_
_[P. O. Box]_
_[Asheville, NC]_