IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL DOCKET NO. 1:08cr 55-RLV

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | EXHIBITS |
| vs. | ) | |
| | ) | |
| KATHY RAY WAHLER (1) | ) | |
| EDWARD WILLIAM WAHLER (2), | ) | |
| et al | ) | |
| | ) | |

United States District Court                      Western District of North Carolina

### VERIFIED PRESENTMENT OF ATTACHMENTS AS EXHIHIBTS OF EVIDENCE FOR THE RESPONDENTS AGAINST THE CLAIMS OF PLAINTIFF MADE IN THE ORIGINAL COMPLAINT IDENTIFIED AS 1:08cr 55-RLV INCLUDING ANY AND ALL CONVERSIONS MADE OR TO BE MADE TO THE ORIGINAL COMPLAINTS OF SAME SAID CASE FILE

### NOTICE TO AGENT, IS NOTICE TO PRINCIPAL; NOTICE TO PRINCIPAL, IS NOTICE TO AGENT.

**COMES NOW** Kathy Ray Wahler, *in propia persona*, as a third Party of Interest Intervener, *Sui Juris*, in the protection of My rights and My rights of claim and interest relating to a KATHY RAY WAHLER (1) and an EDWARD WILLIAM WAHLER (2), as presented by the claimant(s) before this venue in their original complaints, that I, Kathy Ray Wahler, being greater than the age of majority, by these presents do enter the following Exhibits (See Attachments; 1 and 2) as further evidence in support of My and My husband's belief that the Plaintiffs complaint(s), identified as 1:08cr 55-RLV, are the result of misdirected enforcement activity.

Submitted, this 30th day of October 2009.

_10/30/09_ _/s/ Kathy Ray Wahler_         _10/30/09_ _/s/ Victor D. Hill_
Date     Kathy Ray Wahler                Date     Notary
                          Page 1 of 2                         1-13-12
                                                                                      exp.

United States District Court                    Western District of North Carolina

## VERIFIED LIST OF EXHIBITS AND ATTACHMENTS

Attachment 1: Copy of a Lawsuit Filed Against Andrew Romagnulo, and Timothy Penley

Attachment 2: Copy of a Petition for a Writ of Habeas, in which Exhibits are incorporated which reveal the Legislative Intent for Title 18 of UNITED STATES CODE.

_10/30/09_  _Kathy Wahl_____, sui juris
Date        Kathy Ray Wahler

Kathy Ray Wahler, equitable title owner of KATHY RAY WAHLER
Real Party in Interest
Owner/Creditor to the United States/Plaintiff
Qualified Investor for plaintiff at Depository Trust Company

### NOTARY ACKNOWLEDGEMENT and JURAT

I, __Vicki P. Hill__, a Notary Public residing in Buncombe county, North Carolina state, do say that on the 30th day of October, 2009, that Kathy Ray Wahler, a woman appearing in her true character before me, did subscribe and affirm under her full commercial liability and did affix her autograph upon the above affidavit.

_Vicki D. Hill_____              _1-13-12_____
Notary Signature                     Commission Expires

                                     **SEAL**

_10/30/09_  _Kathy Wahl_____        _10-30-09_  _Vicki D. Hill_
Date        Kathy Ray Wahler          Date        Notary
                    Page 2 of 2                   _1-13-12_