Are each of you potential jurors domiciled on federal territory properued ceded to the jurisdiction of the United States

FILED
IN COURT
STATESVILLE, N. C.
NOV 3 2009
U. S. DISTRICT COURT
W. DIST. OF N. C.