UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:08-CR-55 |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| 1) KATHY RAY WAHLER | ) | GOVERNMENT'S NOTICE PURSUANT |
| 2) EDWARD WAHLER | ) | TO RULE 902 (11), FED. R. EVID. |
| 3) LEWIS VINCENT HUGHES | ) | |
| | ) | |

NOW COMES the United States of America, by and through Edward R. Ryan, United States Attorney for the Western District of North Carolina, and hereby provides notice of its intent to offer at trial self-authenticating exhibits as contemplated under Rule 902(11), Certified Domestic Records of Regularly Conducted Activity.

The United States expects to offer into evidence FDIC certificates and financial records made and kept in the regular course of business under Fed. R. Evid. 803(6). These records were obtained from the FDIC and from several banks which kept the records sought to be introduced in the regular course of business. Copies of the affidavits and the documents will be provided to the defendants via hand delivery at trial on Thursday November 12, 2009.

Respectfully submitted this 9TH day of November, 2009.

    EDWARD R. RYAN , Acting United States Attorney

    s/Mark T. Odulio
    Assistant United States Attorney
    Mark T. Odulio Bar: State of Maryland
    Attorney for the United States
    227 West Trade Street, Suite 1650
    Charlotte, North Carolina 28202
    (704) 344-6222 (office)
    (704) 344-6629 (facsimile)
    mark.odulio@usdoj.gov

## **CERTIFICATE OF SERVICE**

This Notice will be served on the <u>pro se</u> defendants via hand delivery at trial scheduled for November 12, 2009.

The undersigned hereby certifies that on this 9TH day of November, 2009, the foregoing was duly served upon stand-by counsel for the defendants in the following manner:

By electronic notification from the Court to:

| | | |
|---|---|---|
| Angela G. Parrott, Standby Counsel for Defendant (1) Kathy Ray Wahler Federal Defenders of North Carolina angela_parrott@fd.org | William R. Terpening. Standby Counsel for Defendant (2) Edward William Wahler Anderson Terpening PLLC wt@houseofdefense.com | David Q. Burgess Standby Counsel for Vincent Hughes dburgess@dqblaw.com, akallenborn@dqblaw.com |

EDWARD R. RYAN
ACTING UNITED STATES ATTORNEY

s/Mark T. Odulio
Assistant United States Attorney
Mark T. Odulio Bar: State of Maryland
Attorney for the United States
227 West Trade Street, Suite 1650
Charlotte, North Carolina 28202
(704) 344-6222 (office)
(704) 344-6629 (facsimile)
mark.odulio@usdoj.gov