4cca-30    REV. 10/30/07    T R A N S M I T T A L   S H E E T
(Notice of Appellate Action)

| | | |
|---|---|---|
| ____Notice of Filing<br>____Cross Appeal<br>____Interlocutory Appeal<br>____Additional NOA<br>____Amended NOA<br>____Transmittal of Record<br>____Transmittal of Certif.<br>____Supplement to ROA<br>____Supplemental Certif.<br>____Other_____ | UNITED STATES DISTRICT COURT<br>for the<br>._____DISTRICT OF _____<br>at_____<br>Caption: | District Court No.:<br><br>_____<br><br>4CCA No.:_____<br><br>Consolidated with No.:<br><br>Case Manager: |

**Part I**

Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed: | 4. Fees<br>                             _____USA no fee required<br><br>$5 filing fee:        _____paid     _____unpaid<br><br>$450 docket fee:     _____paid     _____unpaid |
| 2. Amended NOA filed: | Pauper status: _____granted_____denied_____pending in dist.ct.<br><br>Does PLRA Apply? _____Yes _____No  3-strikes? ___Yes ___No<br>[If PLRA applies, 4CCA sends forms & acts on application] |
| 3. District Judge: | 5. Materials Under Seal in District Court: ___Yes ___No<br><br>     Party Names Under Seal in District Court: ___Yes ___No |
| 6. Court Reporter(s)(list all):<br><br><br>Coordinator: | 7. Criminal/Prisoner Cases<br>     _____recalcitrant witness   Defendant's Address:<br>     _____on death row<br>     _____in custody<br>     _____on bond<br>     _____on probation |

**Part II**        TRANSMITTAL OF RECORD/CERTIFICATE OF AVAILABILITY OF RECORD
____ORIGINAL RECORD    ____ SUPPLEMENT TO RECORD

| USE FOR RECORDS IN ELECTRONIC FORM: | USE FOR RECORDS IN PAPER FORM: |
|---|---|
| ____ **PRO SE:** Automatically transmit assembled electronic record to 4CCA in pro se cases. Does electronic record include all filings? ___ YES ___ NO<br>If NO, list contents and transmittal method for supplement here (supplement must be transmitted): _____<br>_____<br>_____<br>_____ | ____ **PRO SE:** Automatically transmit paper record to 4CCA in pro se cases. List contents by volume number & number of boxes (pleadings, transcript, exhibits, state court records, sealed): _____<br>_____<br>_____<br>_____<br>_____ |
| ____ **COUNSELED:** Available for transmittal In-court hearing(s) held? ___ YES    ___ NO<br>All transcript on file? ___ YES    ___ NO<br>4CCA will request transmittal of record when needed in counseled cases. | ____ **COUNSELED:** Available for transmittal In-court hearing(s) held? ___ YES    ___ NO<br>All transcript on file? ___ YES    ___ NO<br>4CCA will request transmittal of record when needed in counseled cases. |

Deputy Clerk:_____    Phone:_____    Date:_____