# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CRIMINAL DOCKET NO. 1:08CR55-V

UNITED STATES OF AMERICA )
                               )
          vs.                 )     **VERDICT FORM**
                               )
**EDWARD WILLIAM WAHLER,** )
          **Defendant.** )
_____ )

FILED
IN COURT
STATESVILLE, N. C.

NOV 20 2009

U. S. DISTRICT COURT
W. DIST. OF N. C.

## I. COUNT 1

As to the charge contained in Count One of the Bill of Indictment, we hereby unanimously find the Defendant, **EDWARD WILLIAM WAHLER**:

_____      GUILTY

___X___      NOT GUILTY

of conspiracy to defraud the United States.

If you found the Defendant "Guilty" as to Count 1, continue to Question "1a."
If you found the Defendant "Not Guilty" of Count 1, proceed to Section II.

1a. Concerning overt acts alleged by the Government within the Bill of Indictment, we hereby unanimously find that at least one overt act was committed by a member of the alleged conspiracy for the purpose of advancing or helping the conspiracy after June 3, 2003.

_____      YES

_____      NO

-1-

## II. COUNTS 20 - 24

With respect to the specific counts of the Bill of Indictment alleging mail fraud, or aiding and abetting, and as indicated below, we hereby unanimously find the Defendant, **EDWARD WILLIAM WAHLER:**

**COUNT 20:**

_____ **GUILTY**

__X__ **NOT GUILTY**

**COUNT 21:**

_____ **GUILTY**

__X__ **NOT GUILTY**

**COUNT 22:**

_____ **GUILTY**

__X__ **NOT GUILTY**

**COUNT 23:**

_____ **GUILTY**

__X__ **NOT GUILTY**

**COUNT 24:**

_____ **GUILTY**

__X__ **NOT GUILTY**

-2-

## III. COUNTS 25 – 26

With respect to the specific counts of the Bill of Indictment alleging mail fraud or aiding and abetting, and as indicated below, we hereby unanimously find the Defendant, **EDWARD WILLIAM WAHLER:**

**COUNT 25:**

_____ **GUILTY**

\_\_X\_\_ **NOT GUILTY**

**COUNT 26:**

_____ **GUILTY**

\_\_X\_\_ **NOT GUILTY**

So say we all, this the 2 0 day of November, 2009.

**FOREPERSON**

-3-