IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL DOCKET NO. 1:08CR55-RLV

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>vs. )<br>)<br>KATHY RAY WAHLER (1) )<br>EDWARD WILLIAM WAHLER (2) )<br>LEWIS VINCENT HUGHES (3) )<br>    Defendants. )<br>_____ ) | **O R D E R**<br>**DISMISSING INDICTMENT** |

Pursuant to the jury verdict returned Friday, November 20, 2009, which acquitted the Defendants identified herein of all charges, the offenses alleged within the Bill of Indictment with reference to Defendants KATHY RAY WAHLER, EDWARD WILLIAM WAHLER, and LEWIS VINCENT HUGHES, are hereby DISMISSED *with prejudice*.

Signed: November 24, 2009

Richard L. Voorhees
United States District Judge